IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE WILLIAMS,<br>  *Plaintiff*, | :<br>:<br>: |
| v. | :    CIVIL ACTION<br>:    NO. 17-0146 |
| NANCY A. BERRYHILL[1],<br>Acting Commissioner of<br>Social Security,<br>  *Defendant*. | :<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 9th day of January, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 14), Defendant's Response thereto (ECF No. 15), Plaintiff's Reply to Response (ECF No. 16), and the Report and Recommendation of the Honorable Linda K. Caracappa, United States Magistrate Judge, (ECF No. 18), with no objections thereto having been filed in accordance with Local Rule 72.1 IV, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**; and

3. This matter is **REMANDED** to the Social Security Commission for further review consistent with the Report and Recommendation.

---

[1] As noted in the Honorable Linda K. Caracappa's Report and Recommendation (ECF No. 18), pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. This has no bearing on the enforceability and effect of this Order per Section 205(g) of 42 U.S.C. § 405(g).

It is further **ORDERED** that the Clerk of Court shall **CLOSE** this case for statistical and all purposes.

BY THE COURT:

_____
 C. DARNELL JONES, II     J.